KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
SOPHY T. MANES (State Bar No. 287583)
SManes@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Plaintiff
UNITED PRODUCTS DESIGN DEVELOPMENT AND MARKETING, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED PRODUCTS DESIGN DEVELOPMENT AND MARKETING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOURMET INNOVATIONS, INC., a Florida corporation; GOURMET INNOVATIONS WEST, INC., a Florida corporation; GEORGE H. VALLARIO, an individual; and MARTIN NEMEC, an individual,<br><br>Defendants. | Civil Action No. 18-cv-07640-EMC<br><br>**STIPULATION BY ALL PARTIES RE DISMISSAL OF ACTION**<br><br>Second Amended<br>Complaint Filed: April 9, 2019 |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff United Products Design Development And Marketing, Inc., with the consent of defendants, seeks to dismiss with prejudice all claims in this Action in accordance with the terms of a settlement agreement between the parties, each party to bear its own attorneys' fees and costs.

DATED: July 26, 2019   Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/Gregory S. Gilchrist*
    GREGORY S. GILCHRIST

Attorneys for Plaintiff
United Products Design Development And Marketing, Inc.

DATED: July 26, 2019   Respectfully submitted,

EAVENSON, FRASER, LUNSFORD & IVAN, PLLC

By: */s/ Matthew P. McLauchlin*
    MATTHEW P. MCLAUCHLIN

Attorneys for Defendants
Gourmet Innovations, Inc.,
Gourmet Innovations West, Inc., George H. Vallario, and
Martin Nemec

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to Local Rule No. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for counsel indicated by a "conformed" signature within this e-filed document.

*/s/ Gregory S. Gilchrist*
Gregory S. Gilchrist



DATED: July 26, 2019

72180354V.1

STIPULATION BY ALL PARTIES RE DISMISSAL OF ACTION — - 2 -
CASE NO. 18-CV-07640-EMC